IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN JEROME JONES, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 3:20-cv-3117-X (BT) |
| | § | |
| DIRECTOR, TDCJ-CID, et al, | § | |
| Respondents. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. The District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. Any objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Signed this 25th day of January, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE